UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY SERVICES, INC.,

    Plaintiff,

v.                                                       Case No. 08-14044
                                                     Hon. Lawrence P. Zatkoff

ALEXANDER PALMA and
JULIO URREA,

    Defendants.
_____/

## ORDER FOR SUBSTITUTED SERVICE

       AT A SESSION of said Court, held in the United States Courthouse, in the City of Port Huron, State of Michigan, on September 29, 2008

       PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
                       UNITED STATES DISTRICT JUDGE

Upon reading the Motion of Plaintiff, Kelly Services, Inc., for Entry of Order for Substituted Service, and the Court being otherwise fully advised in the premises;

IT IS ORDERED that substituted service be allowed by mailing, via U.S. Standard Mail, a copy of the Summons, Civil Cover Sheet, Corporate Disclosure, Verified Complaint for Injunctive and Other Relief, Motion for Temporary Restraining Order and Preliminary Injunction, Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction, Federal Rule 65 Certification, Order Granting Motion for Temporary Restraining Order and Scheduling Hearing on Motion for Preliminary Injunction, and other necessary documents to Defendant Alexander Palma at 8626 Summerdale Road, San Diego, California 92126, with an additional copy served, via U.S. Standard Mail, at Palma's work address at The Direct Placement Store, 555 Saturn Boulevard # B267, San Diego, California 92154, and Defendant Julio Urrea at 555 Saturn

Boulevard # B267, San Diego, California 92154.  Plaintiff will also post said pleadings and other papers at Defendants' addresses noted above.

    IT IS SO ORDERED.

                      S/Lawrence P. Zatkoff
                      LAWRENCE P. ZATKOFF
                      UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2008

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 29, 2008.

                      S/Marie E. Verlinde
                      Case Manager
                      (810) 984-3290